IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VINCENT MARINO,
    Plaintiff,

    v.

JOHN MOOK, *City of Pittsburgh Detective, Defendant # D 3510* and
JAMES JOYCE, *City of Pittsburgh Detective, Defendant # G 3425*,
    Defendants.

08cv1249
**ELECTRONICALLY FILED**

## ORDER DENYING PLAINTIFF'S OBJECTIONS

Pro se plaintiff has filed Vincent Marino's Objections to the Court's 11/13/08 Order Denying His Motion to Strike and Alternative Order for Leave to File a Response (doc. no. 26), and Vincent Marino's Supplemental Objections to the Court's 11/13/08 Order Denying His Motion to Strike and Alternative Order for Leave to File a Response (doc. no. 33). The Court will deny Plaintiff's premature Objections to defendants' assertions of affirmative defenses, without prejudice to his raising legal or factual challenges to said affirmative defenses in a motion for summary judgment at the appropriate time following discovery, pursuant to this Court's case management order (doc. no. 29).

Pursuant to Fed.R.Civ.P. 7(a)(7), however, the Court will grant leave to plaintiff to file a reply, **on or before December 2, 2008**, to defendants' affirmative defenses.

SO ORDERED this 24th day of November, 2008.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    Vincent Marino
       all ECF registered counsel